IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01465-RPM

DOUGLAS CONDIT, a minor by and through his parent and guardian Stephany Condit,

       Plaintiff,

v.

UNITED STATES OF AMERICA,

       Defendant.
_____

ORDER VACATING ORDER OF REFERENCE
_____

    Upon reassignment of this civil action and this Court's case management procedures, it is

    ORDERED that the order of reference to Magistrate Judge Michael E. Hegarty is vacated.

    DATED:   August 9th, 2011

                                                  BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior Judge