IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01465-KLM-MEH

DOUGLAS CONDIT, a minor, by and through his parent and guardian, Stephany Condit,

    Plaintiff,

v.

USA,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Defendant's Unopposed Motion to Vacate Scheduling Conference** [Docket No. 20; Filed September 28, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Conference set for October 11, 2011 at 9:30 a.m. and related deadlines are **VACATED**.

IT IS FURTHER **ORDERED** that the parties shall submit a **Joint Status Report** regarding the status of settlement negotiations on or before **November 15, 2011**.

Dated:  September 28, 2011