IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01465-KLM-MEH

DOUGLAS CONDIT, a minor, by and through his parent and guardian, Stephany Condit,

    Plaintiff,

v.

USA,

    Defendant.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulation of Dismissal** [Docket No. 31; Filed July 17, 2012]. Accordingly,

IT IS HEREBY **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, and the parties shall bear their own fees and costs.

Dated: July 17, 2012

BY THE COURT:

*/s/ Kristen L. Mix*

Kristen L. Mix
United States Magistrate Judge